

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Lanny Marvin Bush,                          * From the 42nd District Court
                                              of Coleman County,
                                              Trial Court No. CR02602.

Vs. No. 11-23-00129-CR                      * July 7, 2023

The State of Texas,                         * Memorandum Opinion by Trotter, J.
                                              (Panel consists of: Bailey, C.J.,
                                              Trotter, J., and Williams, J.)

        This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the appeal is dismissed.